UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION

MDL NO. 1431 (MJD/JGL)

This Document Relates To:

LAVERNE BOYLES, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BAYER CORPORATION, BAYER AG, GLAXOSMITHKLINE, and GLAXOSMITHKLINE plc, individually and as successor in interest to SMITHKLINE BEECHAM PLC and SMITH KLINE BEECHAM CORPORATION,

Defendants.

MDL Case No. 02-CV- 179 (MJD)

**ORDER GRANTING APPROVAL OF STIPULATION OF VOLUNTARY DISMISSAL**

**PURSUANT TO FED. R. CIV. P. 41(a)(1)**

It is hereby STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the parties have agreed to the dismissal with prejudice of the individual claims of Plaintiff, Laverne Boyles, in the above-captioned matter.



SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this Stipulation of Dismissal is being signed on behalf of all parties who have appeared in the action.

Dated: August 4, 2004

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Signature on File*
Steven E. Fineman
Wendy R. Fleishman

780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500

SIDLEY AUSTIN BROWN & WOOD LLP

By: */s/ Signature on File*
Susan A. Weber
James W. Mizgala

10 S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

*Attorneys for Defendants Bayer Corp. and Bayer A.G.*

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser
Richard M. Franco
275 Battery Street, 30th Floor
San Francisco, CA 9411-3339
Telephone: (415) 956-1000

RODA & NAST
Michael G. Nast
Dianne Nast
801 Estelle Drive
Lancaster, PA 17601

*Attorneys for Plaintiffs*

DECHERT LLP

By: */s/ Signature on File*
Fred Magaziner

4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 994-4000

*Attorneys for Defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc*

Approved and So Ordered:

Judge, U.S.D.C., District of Minnesota

Dated: Minneapolis, Minn.
AUG 16 2004, 2004